## KEN WIRE & METAL PRODUCTS, INC., Appellant,

v.

## COLUMBIA BROADCASTING SYSTEMS, INC., Appellee.

No. 8, Docket 72-1116.

United States Court of Appeals, Second Circuit.

Argued Sept. 19, 1972.

Decided Sept. 26, 1972.

William R. Liberman, New York City, for appellant.

Gerald Walpin, New York City, for appellee.

Before SMITH, KAUFMAN and MANSFIELD, Circuit Judges.

PER CURIAM:

The prior art fully anticipated the appellant's patent. The judgment is affirmed on the basis of Judge Tenney's opinion below. 338 F.Supp. 624 (1971).

---

Michael Pancer (argued), Alex Landon, of Pancer & Stephens, La Jolla, Cal., Milton J. Silverman, of Silverman, Gusky & Barry, San Diego, Cal., for plaintiff-appellant.

John Neece, Asst. U. S. Atty. (argued), Frederick B. Holoboff, Robert H. Filsinger, Asst. U. S. Attys., Harry D. Steward, U. S. Atty., San Diego, Cal., for defendants-appellees.

Before MERRILL and ELY, Circuit Judges, and LUCAS,* District Judge.

PER CURIAM:

In our judgment this case on its facts is not distinguishable from Tressan v. Laird, 454 F.2d 761 (9th Cir. 1972); Miller v. Chafee, 462 F.2d 335 (9th Cir. 1972); and Strait v. Laird, 464 F.2d 205 (9th Cir. 1972), and, as in these cases, the record here provides no basis in fact for the determination of the Chief of Naval Personnel that appellant was not sincere in his avowed beliefs.

We conclude that appellant is entitled to his discharge and to the writ in aid thereof.

Reversed.

---

## Gene CUBBISON, USN, Plaintiff-Appellant,

v.

## Hon. Melvin LAIRD, Secretary of Defense, et al., Defendants-Appellees.

No. 71-2100.

United States Court of Appeals, Ninth Circuit.

Sept. 11, 1972.

---

